IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:24-CR- 463 ( DNH) |
| | ) | |
| v. | ) **Indictment** | |
| | ) | |
| **CYRIL SWAN,** | ) Violation: | 21 U.S.C. § 841(a)(1) |
| | ) | [Distribution and Possession |
| **Defendant.** | ) | with Intent to Distribute a |
| | ) | Controlled Substance] |
| | ) | |
| | ) 1 Count | |
| | ) | |
| | ) County of Offense: | Onondaga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Distribution and Possession with Intent to Distribute a Controlled Substance]**

On or about August 22, 2024, in Onondaga County in the Northern District of New York, the defendant, **CYRIL SWAN**, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved 50 or more grams of methamphetamine in violation of 21 U.S.C. § 841(b)(1)(A).

Dated:   November 20, 2024

A TRUE BILL,   *NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: *Nicolas Commander for*
Jessica Carbone
Assistant United States Attorney
Bar Roll No. 703490